UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BRIAN W. GREER, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION H-19-3436 |
| CARPENTERS LANDING HOMEOWNERS ASSOCIATION, INC., *et al.*, | § § § § | |
| *Defendants*. | § § | |

**ORDER**

Pending before the court is a memorandum and recommendation filed by Magistrate Judge Christina Bryan. Dkt. 21. The M&R recommended granting Carpenters Landing Homeowners Association, Inc.'s ("Carpenters) Rule 12(b)(6) motion because plaintiff Brian W. Greer's ("Greer") negligence claims lacked duty-triggering facts.[1] *Id.* Greer did not object. After reviewing the M&R, the motion, response, reply, and applicable law, the court agrees with the M&R.[2] And, the court finds no clear error on the face of the record. Fed. R. Civ. P. 72(b), Advisory Comm. Note (1983). Accordingly, the M&R (Dkt. 21) is ADOPTED IN FULL, Carpenters' motion (Dkt. 13) is GRANTED, and Greer's claims against Carpenters (Dkt. 9, Counts 6-7) are DISMISSED WITH PREJUDICE.

Signed at Houston, Texas on May 13, 2020.

_____
Gray H. Miller
Senior United States District Judge

---

[1] Because only Carpenters moved to dismiss Greer's claims against it (Counts 6 and 7), this order does not address the other defendants or the claims against them.

[2] The M&R also recommended giving Greer a chance to plead additional facts (via timely objections to the M&R) to show that the economic loss rule did not bar his negligence claims. But, he did not object.